GREGG S. GARFINKEL, SBN 156632
CRAIG S. WEINSTEIN, SBN 265488
NEMECEK & COLE
15260 Ventura Boulevard
Suite 920
Sherman Oaks, CA 91403
Tel:	(818) 788-9500
Fax:	(818) 501-0328
e-mail:	ggarfinkel@nemecek-cole.com

Attorneys for Plaintiff
MAYFLOWER TRANSIT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC., a Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS CARRIERE, an individual; JACQUELINE CARRIERE, an individual; and DOES 1 -5, inclusive,<br><br>Defendants. | CASE NO. CV-10-00569-RGK (PJWx)<br><br>[Complaint filed: January 26, 2010]<br><br>[Assigned for all Purposes to the Honorable R. Gary Klausner]<br><br>**JUDGMENT** |

    This matter having come before this Court on December 6, 2010, the Honorable R. Gary Klausner presiding, on a Motion for Default Judgment brought by Plaintiff MAYFLOWER TRANSIT, LLC. Having considered the moving papers and all other matters presented to the Court, and a decision having been duly rendered, IT IS HEREBY ORDERED as follows:

1

1. That MAYFLOWER TRANSIT, LLC, recover $9,991.39 in damages from Defendants LOUIS CARRIERE and JACQUELINE CARRIERE.

Dated: December 21, 2011 _____

HON. R. GARY KLAUSNER

UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by,

GREGG S. GARFINKEL (156632)
CRAIG S. WEINSTEIN (265488)
NEMECEK & COLE
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5399
(818) 788-9500 Tel. / (818) 501-0328 Fax
email - ggarfinkel@nemecek-cole.com